**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JACKY DON KENDRICK**                                       **PLAINTIFF**

**v.**                      **Case No. 4:24-cv-00221-KGB**

**COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION**                   **DEFENDANT**

## <u>JUDGMENT</u>

Pursuant to the Order entered in this matter this date, it is considered, ordered, and adjudged that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

So adjudged this 19th day of February, 2025.

Kristine G. Baker
Chief United States District Judge